# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Terrence Wright, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00335-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| State of North Carolina | ) | |
| Graham County Clerk of Court | | |
| U.S. District Court of North Carolina Western, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 23, 2014 Order.

June 23, 2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court